# EXHIBIT 1

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 2,062,874

Registered May 20, 1997

## TRADEMARK
### PRINCIPAL REGISTER

# THE ALLMAN BROTHERS BAND

ABB MERCHANDISHING CO., INC., THE (FLORIDA CORPORATION)
18 TAMWORTH ROAD
WABAN, MA 021682220

FOR: CLOTHING, NAMELY, SHIRTS, SWEAT SHIRTS, HATS, JACKETS, BANDAN-NAS AND SHORTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8–31–1969; IN COMMERCE 8–31–1969.
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BAND", APART FROM THE MARK AS SHOWN.

SER. NO. 75–062,667, FILED 2–26–1996.

MICHELLE S. WISEMAN, EXAMINING AT-TORNEY

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36 and 38**

**United States Patent and Trademark Office**

**Reg. No. 2,899,197**

Registered Nov. 2, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## THE ALLMAN BROTHERS BAND

THE ABB MERCHANDISING CO., INC. (FLOR-
IDA CORPORATION)
18 TAMWORTH ROAD
WABAN, MA 02468

FOR: PRE-RECORDED COMPACT DISCS, VIDEO
DISCS, LASER DISCS, CD-ROM DISCS, DIGITAL
VIDEO DISCS, AUDIO CASSETTES, VIDEO CAS-
SETTES, AND PHONOGRAPH RECORDS, ALL
FEATURING MUSIC AND/OR MUSICAL PERFOR-
MANCES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

FIRST USE 0-0-1969; IN COMMERCE 0-0-1969.

OWNER OF U.S. REG. NOS. 2,062,874, 2,685,443
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BAND", APART FROM THE
MARK AS SHOWN.

SER. NO. 76-557,900, FILED 10-21-2003.

BARBARA A. LOUGHRAN, EXAMINING ATTOR-
NEY



# United States of America
## United States Patent and Trademark Office

# EAT A PEACH

**Reg. No. 3,828,593**

**Registered Aug. 3, 2010**

**Int. Cls.: 16, 21, 24, and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

THE ABB MERCHANDISING CO., INC. (FLORIDA CORPORATION)
18 TAMWORTH ROAD
WABAN, MA 02468

FOR: STICKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 6-13-2001; IN COMMERCE 6-13-2001.

FOR: DRINKING VESSELS, NAMELY, GLASSES, MUGS, AND DRINKING STEINS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 7-30-2001; IN COMMERCE 7-30-2001.

FOR: BEDSPREADS; BED BLANKETS; BEACH TOWELS; WALL HANGING OF TEXTILE, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 6-8-2006; IN COMMERCE 6-8-2006.

FOR: CLOTHING, NAMELY, T-SHIRTS; CLOTHING FOR TODDLERS, INFANTS AND BABIES, NAMELY, ROMPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-23-1996; IN COMMERCE 9-23-1996.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 76-680,944, FILED 8-21-2007.

MICHAEL TANNER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,685,443
Registered Feb. 11, 2003

## TRADEMARK
### PRINCIPAL REGISTER



ABB MERCHANDISING CO. INC., THE (FLOR-
IDA CORPORATION)
18 TAMORTH ROAD
WABAN, MA 02468

FOR: SHIRTS, SWEATSHIRTS, CAPS, AND HATS,
IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1972; IN COMMERCE 0-0-1972.

OWNER OF U.S. REG. NO. 2,062,874.

THE MARK CONSISTS OF THE WORDING "THE
ALLMAN BROTHERS BAND".

SER. NO. 76-215,810, FILED 2-27-2001.

ELLIOTT ROBINSON, EXAMINING ATTORNEY

**Int. Cls.: 25 and 41**

**Prior U.S. Cls.: 22, 39, 100, 101 and 107**

# United States Patent and Trademark Office

**Reg. No. 2,521,746**
Registered Dec. 25, 2001

## TRADEMARK
### SERVICE MARK
#### PRINCIPAL REGISTER



ABB MERCHANDISING CO. INC, THE (FLOR-
IDA CORPORATION)
18 TAMORTH ROAD
WABAN, MA 021682220

FOR: CLOTHING, NAMELY, SHIRTS, SWEAT-
SHIRTS, CAPS, AND HATS, IN CLASS 25 (U.S. CLS.
22 AND 39).

FIRST USE 0-0-1969; IN COMMERCE 0-0-1969.

FOR: ENTERTAINMENT SERVICES, NAMELY,
LIVE PERFORMANCES BY A VOCAL AND IN-
STRUMENTAL GROUP, IN CLASS 41 (U.S. CLS. 100,
101 AND 107).

FIRST USE 0-0-1969; IN COMMERCE 0-0-1969.

SER. NO. 75-893,410, FILED 1-7-2000.

CHRISIE B. KING, EXAMINING ATTORNEY

Int. Cls.: 25 and 41

Prior U.S. Cls.: 22, 39, 100, 101 and 107

## United States Patent and Trademark Office

Reg. No. 2,469,230

Registered July 17, 2001

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**



ABB MERCHANDISING CO. INC., THE (FLOR-IDA CORPORATION)
18 TAMORTH ROAD
WABAN, MA 02468

FOR: CLOTHING, NAMELY, SHIRTS, SWEAT-SHIRTS, CAPS, HATS, JACKETS, BOXER SHORTS, SWEATERS, AND NECKERCHIEFS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-0-1990; IN COMMERCE 6-0-1990.

FOR: ENTERTAINMENT SERVICES, NAMELY, LIVE PERFORMANCES BY A VOCAL AND IN-STRUMENTAL GROUP, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 6-0-1990; IN COMMERCE 6-0-1990.

OWNER OF U.S. REG. NOS. 2,062,874 AND 2,066,641.

SER. NO. 75-893,404, FILED 1-7-2000.

CHRISIE B. KING, EXAMINING ATTORNEY